IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: September 23, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21192/1328013160

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph John Pesetsky and Kitty Pesetsky<br>   Debtors.<br>_____<br>Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15<br>   Movant,<br> vs.<br><br>Joseph John Pesetsky and Kitty Pesetsky, Debtors, David M. Reaves, Trustee.<br>   Respondents. | No. 2:08-bk-10062-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #24) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 3, 2006 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-15 is the current beneficiary and Joseph John Pesetsky and Kitty Pesetsky have an interest in, further described as:

> Lot 62, ARIZONA GREENS, according to the plat of record in the office of County Recorder of Maricopa County, Arizona, recorded in Book 482 of Maps, Page 38, Maricopa County, Arizona;
>
> EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizer of every name and description, together with all uranium, thorium or any other materials which is or may be determined by the law of the United States or of this State, or decisions of courts to be peculiarly essential to the producIion of fissionable materials, whether or not of commercial value and the exclusive right thereto, on, in or under the above described lands, shall be and remain and are hereby reserved in and retained by the State of Arizona in patent recorded in D'ocket 15392, page 317 and as set forth in Section 37-231, ARS.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT